## WEST *v.* CALIFORNIA.

No. 1127, Misc.  Decided June 17, 1968.

*William A. Dougherty* for petitioner.

*Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Richard D. Huffman,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded for a hearing as provided in *Sims* v. *Georgia,* 385 U. S. 538, and *Jackson* v. *Denno,* 378 U. S. 368.

MR. JUSTICE DOUGLAS is of the opinion that the petition for a writ of certiorari should be granted and the case set for oral argument.